

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2022

No. 04-22-00305-CV

**IN THE INTEREST OF D.M.T.,** a Child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021EM03084
Honorable Nick Catoe Jr., Judge Presiding

# O R D E R

The clerk's record was due June 13, 2022, but it was not filed. On June 22, 2022, the clerk filed a notification of late record stating the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

We order Appellant Emmanuel James Todd to provide written proof to this court by **July 7, 2022** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a); TEX. R. CIV. P. 145. If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2022.

Michael A. Cruz,
Clerk of Court